**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:   Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          22-mj-730 TNL |
| | ) | Date:              September 9, 2022 |
| Aaron Malik Cato, | ) | Courthouse:    Minneapolis |
| | ) | Courtroom:      9W |
| Defendant. | ) | Time Commenced:    11:30 a.m. |
| | | Time Concluded:     12:42 p.m. |
| | | Time in Court:      1 hour, 12 minutes |

X **PRELIMINARY/DETENTION HRG**
       Time in Court Prelim/Det: 55 minutes/17 minutes

APPEARANCES:

  Plaintiff: Allison Ethen, Assistant U.S. Attorney
  Defendant:  Bruce Rivers
               X Retained


On   X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota


.
Additional Information:
Government's exhibits 2 – 8 admitted.
John Bianchi testified
Andrew Lund testified

X Oral Rule5(f) Brady notice read on the record.


                                                                    _____ s/JAM
                                                                    Signature of Courtroom Deputy